CLINTON H. SAGE *v.* PETER G. VAN ALST.— Order affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

JAMES P. HOWLAND and EZRA H. HORTON, *Respondents, v.* WILLIAM BUCKOUT, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

THOMAS J. WASHBURN, *Appellant, v.* HESTER ACKER, *Respondent.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

DANIEL McCARTY *v.* THOMAS HOLMAN. — Motion denied. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

GEORGE D. CRAGIN *v.* ELIZA QUITMAN. — Motion denied, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.